# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1201

_____

United States of America,

    Appellee,

  v.

Robert J. Collins,

    Appellant.

\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* District of Nebraska.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: May 4, 2007
Filed: May 29, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Robert Collins pleaded guilty to making a false oath in a bankruptcy proceeding in violation of 18 U.S.C. § 152(2). Subject to an advisory Guidelines range of 6-12 months in prison, Collins requested probation with 6 months of home detention in view of his age (63), ill health, and lack of any prior criminal history. Noting the persistence of Collins's dishonesty and fraud in this case, as well as his personal circumstances, the district court[1] imposed a sentence of 6 months in prison, 3 years of supervised release, and restitution of $190,000.

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

On appeal, Collins argues that the sentence is unreasonable because the relevant factors of 18 U.S.C. § 3553(a) indicate a lesser sentence would be sufficient to meet federal sentencing goals. We conclude, however, that the sentence is not unreasonable. See United States v. Booker, 543 U.S. 220, 261-62 (2005). The sentencing transcript reflects that the district court properly considered relevant sentencing factors in choosing incarceration rather than home detention. See United States v. Bryant, 446 F.3d 1317, 1319 (8th Cir. 2006).

Accordingly, we affirm.

_____